IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEREK S. KRAMER,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, RICK RAEMISCH,
WILLIAM POLLARD, DENNIS MOSHER,
PETER HUIBREGTSE, MARC CLEMENTS,
TOM GOZINSKE, MICHAEL MOHR,
ELLEN RAY, GARY BOUGHTON and
MICHAEL DONOVAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-224-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) granting plaintiff's motion to voluntarily dismiss all claims against Marc Clements, Tom Gozinske, Michael Mohr, Ellen Ray and Gary Boughton with prejudice;

(2) granting defendants Wisconsin Department of Corrections, Rick Raemisch, William Pollard, Dennis Mosher and Michael Donovan's motions for summary judgment; and

(3) granting plaintiff Derek Kramer's motion for summary judgment in part and awarding plaintiff one dollar ($1) in nominal damages against defendant Peter Huibregtse for violating his rights under the free exercise clause by prohibiting him from possessing a Thor's Hammer amulet in segregation.

_____
Peter Oppeneer, Clerk of Court

1/26/12
Date