IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEREK S. KRAMER,

          Plaintiff,                             ORDER

v.

                                            10-cv-224-slc

WISCONSIN DEPARTMENT OF CORRECTIONS,
WILLIAM POLLARD, DENNIS MOSHER
and PETER HUIBREGTSE,

          Defendants.

---

In an order entered on March 29, 2012, this court gave plaintiff Derek Kramer until April 20, 2012 to pay the $131.82 initial partial appeal payment in this case. Plaintiff was told that if by April 20, 2012, he failed to pay the initial partial payment, or explain his failure to do so, then the court would advise the court of appeals of his noncompliance in paying the assessment so that it may take whatever steps it deems appropriate with respect to this appeal.

The April 20 deadline has passed; however, the clerk's office has learned from the business office at the Wisconsin Secure Program Facility that plaintiff's initial partial appeal fee will be forthcoming. Accordingly, I will grant plaintiff an additional two weeks to pay the $131.82 initial partial appeal fee.

ORDER

IT IS ORDERED that plaintiff Derek Kramer may have an enlargement of time, to May 14, 2012, in which to submit a check or money order made payable to the clerk of court in the amount of $131.82 for the initial partial appeal payment in this case. If, by May 14, 2012, plaintiff fails to pay the initial partial payment or explain his failure to do so, then this court will advise the court of appeals of his noncompliance in paying the assessment so that it may take

whatever steps it deems appropriate with respect to this appeal.

Entered this 26th day of April, 2012.

BY THE COURT:

*Peter Oppeneer*
PETER A. OPPENEER
Magistrate Judge